**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMIA

JUN 2 2 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Leave to file without
Prepayment of Cost **GRANTED**

ABDULZAHER
Camp Delta
Washington, D.C. 20355

      Petitioner

    v.

GEORGE W. BUSH, President of
the United States

DONALD RUMSFELD, Secretary,
United States Department of Defense

JAY HOOD, Army Brigadier General,
Commander, Joint Task Force-GTMO

MICHAEL I. BUMGARNER, Army
Colonel, Commander, Joint Detention
Operations Group-JTF-GTMO

      Respondents

Civil Action No.

CASE NUMBER   1:05CV01236

JUDGE: Richard W. Roberts

DECK TYPE: Habeas Corpus/2255

DATE STAMP: 06/22/2005

## PETITION FOR WRIT OF HABEAS CORPUS

GUAN-2005-T02234

Letter of Petition

ABDULZAHER, son of ABDULGHADER, son of KHALEGHDAD
Address: New Fort, Village of HASARAK, District of POLEELM, Province of Lugar,
AFGHANISTAN
Birthrate: 1971
ISN#: xxx
To respectful United States Court for the Colombia:
It is 3 years that I am imprisoned by the United States Armed forces in GUANTANAMO
Bay without having committed a crime. Recently they have called me Enemy
Combatant; therefore, I seriously object to my imprisonment and the name of Enemy
Combatant. I request that these issues be resolved fairly by you.
                                        With respect

Complainant: ABDULZAHER
Occupant of GUNATANAMO BAY prison
04-26-2005

GUAN-2005-T 02234

قیمہ عرض

عبد الطاهر ولد عبد القادر ولد خالقدار :

باشنده : قلعۂ نو     قریہ حصارک .

ولسوالي يلغام   ولايت لوگر   افغانستان .

تاريخ تولد :   ١٩٧١ م

نمرۂ   ISN : 000753

به محکمۂ محترم :   UNITED STATES COURT FOR THE COLUMBIA

عرض اينست که : بنده سه سال ميشود که
بدون کدام جرم و گناه نزد قواى مصلح
ايالات متحده آمريكا درجزيرۂ گوانتانامو
زندانى ميباشم و در اين اواخر لقب دشمن جنگى
هم برايم داده شد، فلهذا : من بالاى حبس
بودن و لقب جنگى بودن بنده جداً معترض
ميباشم ، و خواهان فيصلۂ عادلانۂ
شما ميباشم .   با احترام

FILED
JUN 2 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

عارض : عبد الطاهر
ساکن زندان : جزيرۂ گوانتانامو

05 1236

04.26.2005