IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULZAHER,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | Civil Action No. 05-CV-1236 (RWR) |
| ABDUL ZAHIR,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>    Respondents. | Civil Action No. 05-CV-1623 (CKK) |

### NOTICE OF MULTIPLE PETITIONS FILED BY GUANTANAMO BAY DETAINEE

Pursuant to the request of the Chambers of Chief Judge Hogan, respondents hereby notify the Court that Guantanamo Bay Detainee ISN 753 has filed petitions for writ of habeas corpus in each of the above-captioned cases. Detainee ISN 753 has filed petitions as Abdulzaher in <u>Abdulzaher v. Bush</u>, No. 05-CV-1236 (RWR), and as Abdul Zahir in <u>Zahir v. Bush</u>, No. 05-CV-1623 (CKK).

Dated: August 24, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

        KENNETH L. WAINSTEIN
        United States Attorney

        DOUGLAS N. LETTER
        Terrorism Litigation Counsel

          /s/ Preeya M. Noronha
        JOSEPH H. HUNT (D.C. Bar No. 431134)
        VINCENT M. GARVEY (D.C. Bar No. 127191)
        TERRY M. HENRY
        JAMES J. SCHWARTZ
        PREEYA M. NORONHA
        ROBERT J. KATERBERG
        NICHOLAS J. PATTERSON
        ANDREW I. WARDEN
        EDWARD H. WHITE
        Attorneys
        United States Department of Justice
        Civil Division, Federal Programs Branch
        P.O. Box 883
        Washington, D.C. 20044
        Tel:  (202) 514-2000

        Attorneys for Respondents

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 24, 2005, I caused a copy of the foregoing Notice of Multiple Petitions Filed by Guantanamo Bay Detainee to be served via U.S. Mail, First Class postage prepaid, on the following:

        Detainee ISN 753
        Camp Delta; Guantanamo Bay
        Washington, D.C. 20355

        Robert A. Gensburg
        Gensburg, Atwell & Broderick
        P.O. Box 248
        St. Johnsbury, VT 05819

                /s/ Preeya M. Noronha
                PREEYA M. NORONHA
                United States Department of Justice
                Civil Division, Federal Programs Branch

                One of the Attorneys for Respondents