⑤

**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
_____ District of _Columbia_ _____

TO: ┌ ─────────────────────────── ┐
Jay Hood, Army Brigadier General
Joint Task Force -GTMO
~~Staff Judge~~ _Judge Advocate_
APO, AE 09360
└ ─────────────────────────── ┘

Civil Action, File Number   _05-1236   RWR_

_Abdulsabur_ _____

V.

_George W. Bush, et al_ _____

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within _____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within ____ days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within ____ days of the date those documents were sent. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

_7/21/05_ _____
Date of Signature

_(signature)_ _____
Signature (USMS Official)

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at

_05-1236   RWR   7-21-05_

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Alisha Knight_  ☑ Agent ☐ Addressee | r and Street Name or P.O. Box No. |
| | B. Received by (Printed Name)  ALISHA KNIGHT | C. Date of Delivery  16 AUG | d Zip Code |
| 1. Article Addressed to:<br><br>_Jay Hood_<br>_Army Brigadier Gen'l_<br>_Joint Task Force_<br>_Judge Advocate_<br>_APO, AE 09360_ | D. Is delivery address different from item 1? ☐ Yes<br> If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes | o Entity/Authority to Receive<br><br><br>ocess |
| 2. Article Number<br>(Transfer from service label)  7004 1160 0001 9681 5511 | | ture |

Form USM-299
(Rev. 6/95)

102595-02-M-1540