```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
ABDULZAHER,                    )
                               )
          Petitioner,          )
                               )
     v.                        )    Civil Action No. 05-1236 (RWR)
                               )
GEORGE W. BUSH et al.,         )
                               )
          Respondents.         )
_____ )
ABDUL ZAHIR,                   )
                               )
          Petitioner,          )
                               )
     v.                        )    Civil Action No. 05-1623 (RWR)
                               )
GEORGE W. BUSH et al.,         )
                               )
          Respondents.         )
_____ )
```

## ORDER TO SHOW CAUSE

Respondents have concluded that the pro se petitioner proceeding in forma pauperis in Civil Action 05-1236 is one and the same individual as the detained petitioner in Civil Action 05-1623, who is represented by counsel. (See Dkt. 2 in Civil Action 05-1623.) Accordingly, counsel for petitioner in Civil Action 05-1623 is hereby

ORDERED to show cause in writing by October 27, 2005, why the two cases should not be consolidated for all purposes and to affirm that he will continue to represent the detained petitioner if the cases were to be consolidated.

-2-

SIGNED this 14th day of October, 2005.

                                                      /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge

Case 1:05-cv-01236-RWR   Document 14   Filed 10/17/2005   Page 2 of 2