IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULZAHER,

Petitioner,

v.

GEORGE W. BUSH, et al.,

Respondents.

Civil Action No. 05-1236 (RWR)

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents George W. Bush, President of the United States, Donald Rumsfeld, Secretary, United States Department of Defense, Army Brigadier General Jay Hood, Commander, Joint Task Force-GTMO, and Army Colonel Michael Bumgarner, Commander, Joint Detention Operations Group, (i.e., all respondents herein) hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the portion of the Court's Memorandum Order dated September 22, 2005, (dkt. no. 12) that prohibits respondents from removing petitioner from Guantanamo unless the Court and any counsel for petitioner receive thirty days' advance notice of such removal.

Dated: November 18, 2005

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

DOUGLAS N. LETTER
Terrorism Litigation Counsel

RECEIVED
NOV 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

*/s/ Marc A. Perez*
JOSEPH H. HUNT (D.C. Bar No. 431134)
VINCENT M. GARVEY (D.C. Bar No. 127191)
TERRY M. HENRY
JAMES J. SCHWARTZ
PREEYA M. NORONHA
EDWARD H. WHITE
ROBERT J. KATERBERG
ANDREW I. WARDEN
NICHOLAS J. PATTERSON
MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel:  (202) 514-2000

Attorneys for Respondents

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of November, 2005, I caused the foregoing Notice of Appeal to be served via United States mail, First Class postage prepaid, on the petitioner in this case at the following address:

> Abdulzaher
> Camp Delta; Guantanamo Bay
> Washington, DC 20355

I also certify that on this 18th day of November, 2005, I caused the foregoing Notice of Appeal to be served via electronic mail on counsel for petitioner Abdul Zahir, Civil Action No. 05-1623, as follows:

> Robert A. Gensburg
> GENSBURG, ATWELL & BRODERICK
> P.O. Box 248
> St. Johnsbury, VT 05819
> bob@bgba.com

*Marc A. Perez*
MARC A. PEREZ
United States Department of Justice
Civil Division, Federal Programs Branch

One of the Attorneys for Respondents