IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULZAHER,<br><br>    Petitioner,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action No. 05-1236 (RWR) |

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that the Notice of Appeal filed on November 18, 2005, was served via United States mail, First Class postage prepaid, on the petitioner and via electronic mail on counsel for petitioner on November 21, 2005, as follows:

    Abdulzaher
    Camp Delta; Guantanamo Bay
    Washington, DC 20355

    Robert A. Gensburg
    GENSBURG, ATWELL & BRODERICK
    P.O. Box 248
    St. Johnsbury, VT 05819
    bob@bgba.com

The original certificate of service erroneously indicated that petitioner and counsel were served on November 18, 2005.

Dated: November 21, 2005.

    Respectfully submitted,

    *Marc A. Perez*
    MARC A. PEREZ
    United States Department of Justice
    Civil Division, Federal Programs Branch
    One of the Attorneys for Respondents