```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
ABDULZAHER,                   )
                              )
          Plaintiff,          )
                              )
    v.                        )   Civil Action No. 05-1236 (RWR)
                              )
GEORGE W. BUSH, et al.,       )
                              )
          Defendants.         )
_____)
                              )
ABDUL ZAHIR,                  )
                              )
          Plaintiff,          )
                              )
    v.                        )   Civil Action No. 05-1623 (RWR)
                              )
GEORGE W. BUSH, et al.,       )
                              )
          Defendants.         )
_____)
```

**ORDER**

It is hereby

ORDERED that the case of *Abdulzaher v. Bush*, Civil Action No. 05-1236, is consolidated with *Abdul Zahir v. Bush*, Civil Action No. 05-1623. It is further

ORDERED that the Clerk's Office is directed to close *Abdulzaher v. Bush*, Civil Action No. 05-1236. It is further

ORDERED that all filings with this Court shall henceforth be filed only under the case of *Abdul Zahir v. Bush*, Civil Action No. 05-1623.

- 2 -

SIGNED this 21st day of November, 2005.

```
              /s/
     _____
     RICHARD W. ROBERTS
     United States District Judge
```