IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULZAHER, aka ABDUL ZAHIR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 1:05-CV-01236 (RWR) |
| ) | |
| GEORGE W. BUSH, ) | |
| President of the United States, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OF UNDERSTANDING REGARDING ACCESS
TO CLASSIFIED NATIONAL SECURITY INFORMATION**

Having familiarized myself with the applicable statutes, regulations, and orders related to, but not limited to, unauthorized disclosure of classified information, espionage and related offenses; the Intelligence Identities Protection Act, 50 U.S.C. § 421; 18 U.S.C. § 641; 50 U.S.C. § 783; 28 C.F.R. § 17 et al; and Executive Order 12958; I understand that I may be the recipient of information and documents that belong to the United States and concern the present and future security of the United States, and that such documents and information together with the methods and sources of collecting it are classified by the United States government. In consideration for the disclosure of classified information and documents:

(1) I agree that I shall never divulge, publish, or reveal either by word, conduct or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States government, or as expressly authorized by the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Zahir v. George W. Bush et al., No. 1:05-CV-01236 (RWR).

(2) I agree that this Memorandum of Understanding and any other non-disclosure agreement signed by me will remain forever binding on me.

(3) I have received, read, and understand the November 8, 2004 Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay entered by the Hon. Joyce Hens Green in Docket No. 1:05-CV-0299 (CKK) and other cases, and I agree to comply with the provisions thereof.

_____
Robert A. Gensburg
Attorney for Petitioner Abdul Zahir

August 31, 2006
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABDULZAHER, aka ABDUL ZAHIR, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 1:05-cv-01236(RWR) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, *et al.*, | ) |
| | ) |
| Respondents. | ) |

ACKNOWLEDGMENT

The undersigned hereby acknowledges that he has read the Protective Order entered in the United States District Court for the District of Columbia in the case captioned Abdul Zahir v. George W. Bush, No. 1:05-cv-01236(RWR), understands its terms, and agrees to be bound by each of those terms. Specifically, and without limitation, the undersigned agrees not to use or disclose any protected information or documents made available to him other than as provided by the Protective Order. The undersigned acknowledges that his duties under the Protective Order shall survive the termination of this case and are permanently binding, and that failure to comply with the terms of the Protective Order may result in the imposition of sanctions by the Court.

DATED August 31, 2006.

BY: Robert A. Gensburg
    Attorney for Petitioner Abdul Zahir

SIGNED: _[signature]_




**Department of Defense**
Washington Headquarters Services
**1155 DEFENSE PENTAGON**
**WASHINGTON, DC 20301-1155**

Aug 18, 2006

MEMORANDUM FOR:    SECURITY MANAGER, DEFENSE LEGAL
SERVICES AGENCY
**OFFICE OF MILITARY COMMISSIONS**

SUBJECT:    Security Clearance Notification

This is to advise you of the security clearance status of the below named employee who is assigned to your organization.

| | |
|---|---|
| Name: | GENSBURG, ROBERT ASHER |
| SSN: | ▓▓▓▓▓▓ |
| Date of Birth: | 03 SEP 1939 |
| Place of Birth: | NEW YORK |
| Security Clearance: | INTERIM SECRET |
| Granted by: | WHS |
| Date Granted: | 18 AUG 2006 |
| Investigation: | ANACI REQ'D |
| Agency: | OPM |
| Investigation Date: | ANACI REQ DATE: 31 MAY 2006 |

Remarks: "CLEARANCE VALID ONLY DURING PERIODS IN WHICH THE INDIVIDUAL IS ASSIGNED TO THE OFFICE OF MILITARY COMMISSIONS, DLSA, OGC."

You are requested to retain a copy of this notification for your files and to notify the employee's supervisor of this notification.

R. G. DE RITIS
CHIEF, SECURITY DIVISION