CLEARED FOR PUBLIC FILING BY THE CSO

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABDULZAHER, aka ABDUL ZAHIR, )
                             )
            Petitioner,      )
                             )
    v.                       )   Civil Action No. 05-CV-1623 (RWR)
                             )
GEORGE W. BUSH, President of the )
United States et al.,        )
                             )
            Respondents.     )

## SUPPLEMENTAL NOTICE OF RECENT ACTIVITY IN PENDING GUANTANAMO CASES

Petitioner Abdulzaher submits this supplemental notice of recent activity as additional support for his pending stay-and-abey motion and in opposition to the government's motion to dismiss this case. Petitioner knows that this Court is aware of the Supreme Court's orders granting writs of certiorari in *Boumediene v. Bush*, (06-1195) and *Al Odah v. U.S.* (06-1196). Both to protect the record, and to raise the Supreme Court's actions directly in the case at bar, Petitioner respectfully submits that the Supreme Court's orders provide substantial additional support for granting his pending stay-and-abey motion.

Dated June 30, 2007.

ABDULZAHER

by: _____
Robert A. Gensburg
Attorney for Abdulzaher
Federal Bar ID #000243107
P. O. Box 248
St. Johnsbury, VT  05819-0248
Telephone:  (802) 748-5338
Facsimile:  (802) 748-1673
Email:  bob@bgba.org

LAW OFFICES OF
GENSBURG, ATWELL
& BRODERICK
P.O. BOX 248
ST. JOHNSBURY, VT
05819-0248